STATE OF NEW JERSEY v. OVIDIO PITALUGA.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY KRYZWONOS.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD STACKHOUSE.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN QUINN.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM PATTERSON.

May 6, 1985.

Petition for certification denied.